[No. 19364-1-III.   Division Three.   July 10, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER J. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 00-1-00028-5, Michael E. Cooper, J., entered May 30, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 19641-1-III.   Division Three.   July 10, 2001.]

DAVID M. ABERCROMBIE, *Appellant*, v. CHELAN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 00-2-00167-1, John Hotchkiss, J., entered September 12, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 25144-2-II.   Division Two.   July 10, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. NOEL ESCOVEDO-VEGA, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-01186-4, Robert L. Harris, J., entered September 22, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25314-3-II.   Division Two.   July 10, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. C.M.V., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-8-00181-2, Michelle Ahrens and William G. Knebes, JJ. Pro Tem., entered November 10, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.